# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 444 EAL 2015

            Respondent         :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

          v.                :

OWEN ROGAL,               :

            Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.